UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JHOSEPH QUERY PIMENTEL,<br>Defendant. | CASE NO. 2:25-cr-00144-LK<br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Defendant Jhoseph Query Pimentel's Unopposed Motion to Continue Trial and Extend Pretrial Deadlines. Dkt. No. 22. The Government does not oppose this request. *Id.* at 1.

Mr. Query Pimentel is charged with one count of conspiracy to import cocaine in violation of 21 U.S.C. §§ 952, 960(a)(1), and 963; two counts of attempted importation of cocaine in violation of 21 U.S.C. §§ 952 and 960(a)(1), and 18 U.S.C. § 2; and one count of money laundering – sting in violation of 18 U.S.C. §§ 1956(a)(3)(B) and 2. Dkt. No. 3. At his initial appearance on September 18, 2026, he pleaded not guilty to the charges and was ordered detained. Dkt. No. 14. The Court scheduled trial for November 16, 2026, with pretrial motions due by October 9, 2026. *Id.*

Mr. Query Pimentel seeks a continuance of the trial date to August 16, 2027, "with a pretrial motions deadline consistent with the new trial date." Dkt. No. 22 at 1. The government recently provided discovery in this case on October 8, 2026, and the defense's preliminary review of the discovery "suggests there are audio recordings and documents in Spanish, which counsel may need to have translated to English." *Id.* at 2. Furthermore, because Mr. Query Pimental "is a native Spanish speaker," reviewing any discovery produced in the English language "will require meeting with an interpreter so that it can be translated from English to Spanish." *Id*. Mr. Query Pimental seeks this continuance to provide defense counsel with adequate time "to receive and review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Query Pimentel." *Id.* at 1–2. Mr. Query Pimentel has waived his right to a speedy trial through August 30, 2027. Dkt. No. 23.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Query Pimentel in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Query Pimentel's counsel the reasonable time necessary to effectively prepare for trial, to obtain and review discovery (including any necessary translations), to investigate the matter, to gather evidence material to the defense, to consult with expert witnesses, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court further finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion and ORDERS that trial in this matter shall be continued to August 16, 2027. It is further ORDERED that, pursuant to 18 U.S.C. §

3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Query Pimentel's trial must commence under the Speedy Trial Act. Pretrial motions are due by July 6, 2027. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a Daubert hearing.

Dated this 13th day of October, 2026.

Lauren King
United States District Judge